IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:21-CR-33-CAR-CHW |
| CHRISTOPHER SNOW, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is Defendant Christopher Snow's Unopposed Motion to Continue [Doc. 47] the trial of this case which is set to begin on April 3, 2023, in Athens, Georgia. On July 8, 2021, the Grand Jury returned a two-count indictment charging Defendant with distribution of child pornography and possession of child pornography. On October 13, 2021, Defendant was arrested, and on October 14, he was appointed counsel and pled not guilty at his arraignment. After a detention hearing on October 19, 2021, he was released on a $15,000.00 bond with conditions. This case has been previously continued multiple times, and the Government does not oppose Defendant's current request.

In this Motion, defense counsel represents that current AUSA Alex Kalim entered his substitution of counsel on October 28, 2023, and defense counsel entered her substitution of counsel on November 16, 2022. Due to the sensitive nature of this case and the voluminous discovery, additional time is needed to review discovery, actively

1

investigate the case, discuss information obtained from the investigation with her client, and engage in plea negotiations.

Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and his counsel to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 47] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until June 12, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 15th day of March, 2023.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT